**THOMPSON & COLEGATE LLP**
**3610 Fourteenth Street**
**P. O. Box 1299**
**Riverside, California 92502**
**Tel: (951) 682-5550**
**Fax: (951) 781-4012**

MICHAEL J. MARLATT (SBN 115957)
mmarlatt@tclaw.net
TREVOR D. DeBUS (SBN 290201)
tdebus@tclaw.net

Attorneys for Defendant SAN BERNARDINO COUNTY SUPERINTENDENT OF SCHOOLS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor, by and through her Guardians Ad Litem, Lisa Mendez and Anthony Mendez; Lisa Mendez, an individual *and* Anthony Mendez, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SAN BERNARDINO COUNTY SUPERINTENDENT OF SCHOOLS, a government entity,<br><br>Defendant. | **CASE NO.** 5:19-cv-01944-PSG-KKx<br><br>JUDGE: Sherilyn Peace Garnett<br>MAGISTRATE JUDGE: Kenly Kiya Kato<br><br>**JOINT STIPULATION FOR SETTLEMENT AND DISMISSAL; [PROPOSED] ORDER**<br><br>TRIAL DATE:    N/A<br>ACTION FILED:  October 10, 2019 |

Plaintiffs A.M., a disabled person, by and through her Guardians Ad Litem, Lisa Mendez and Anthony Mendez; LISA MENDEZ, an individual and ANTHONY MENDEZ, an individual (hereinafter "Plaintiffs") and Defendant, SAN BERNARDINO COUNTY SUPERINTENDENT OF SCHOOLS ("Defendant;" together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby respectfully submit the following Joint Stipulation regarding Settlement

1
**JOINT STIPULATION FOR SETTLEMENT AND DISMISSAL; [PROPOSED] ORDER**

of this matter:

## STIPULATION OF THE PARTIES

WHEREAS, the Parties have agreed to settle this matter globally;

WHEREAS, this matter is currently not set for trial, as the September 8, 2022 trial date and all hearings set before January 1, 2023 were vacated by the Court on July 29, 2022;

WHEREAS, on July 29, 2022, the Court set a Status Conference for August 24, 2022 at 3:00 p.m. to discuss the status of mediation and new trial dates;

WHEREAS, the Court granted the parties' stipulation regarding settlement, and continued the Status Conference from August 24, 2022 to September 21, 2022 at 3:00 p.m.;

WHEREAS, while the settlement has been finalized and memorialized, the settlement payment has not yet been delivered to Plaintiffs, although the deadline for such delivery has passed. Additional time is needed for Defendant to facilitate payment of the settlement proceeds to Plaintiff pursuant to the Settlement Agreement, and the Parties agree that the September 21, 2022 hearing should be vacated; and

WHEREAS, the Parties agree that this Court should set a Status Conference via remote teleconference for October 26, 2022 at 3:00 p.m. to discuss the status of settlement between the Parties, with the understanding that once the Settlement Release is fully executed, Plaintiffs will file a request for dismissal of this entire action with prejudice, and the need for such a hearing may be rendered moot.

Respectfully Submitted,

DATED:  September 20, 2022            RMO, LLP

By:___/s/ David G. Greco, Esq_____
    Scott E. Rahn, Esq.
    Sean D. Muntz, Esq.
    David G. Greco, Esq.
    Attorneys for Plaintiffs,
    A.M., a minor, by and through her
    Guardians Ad Litem, Lisa Mendez and

Anthony Mendez; LISA MENDEZ, an individual; and ANTHONY MENDEZ, an individual

DATED: September 20, 2022            THOMPSON & COLEGATE LLP


By:  /s/ Trevor D. Debus, Esq.
Michael J. Marlatt, Esq.
Trevor D. DeBus, Esq.
Attorneys for Defendant,
SAN BERNARDINO COUNTY SUPERINTENDENT OF SCHOOLS

**JOINT STIPULATION FOR SETTLEMENT AND DISMISSAL; [PROPOSED] ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case or adversary proceeding. My business address is: 3610 Fourteenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STIPULATION FOR SETTLEMENT AND DISMISSAL; [PROPOSED] ORDER** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders, the foregoing document will be served by the court via NEF and hyperlink to the document. **On August 5_, 2022**, I checked the CM/ECF docket for this case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Scott E. Rahn, Esq.<br>Sean D. Muntz, Esq.<br>David G. Greco, Esq.<br>RMO LLP<br>901 Bringham Ave.<br>Los Angeles, CA  90049-4771 | **Counsel for Plaintiffs, A.M., a minor, by and through her Guardians Ad Litem, Lisa Mendez and Anthony Mendez; Lisa Mendez, an individual; and Anthony Medina, an individual**<br><br>Phone: (424) 320-9444<br>Fax:<br>E-Mail: rahns@rmolawyers.com<br>muntzs@rmolawyers.com<br>grecod@rmolawyers.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On \*\*\*\*\*\*, 2021, I served the following persons and/or entities at the last known addresses in this case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) \*\*\*\*\*, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 20, 2022 | CHRISTINE BRIGMAN | */s/ CHRISTINE BRIGMAN* |
| *Date* | *Printed Name* | *Signature* |

**JOINT STIPULATION FOR SETTLEMENT AND DISMISSAL; [PROPOSED] ORDER**