JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A.M.**, a minor, by and through Guardians Ad Litem Lisa Mendez and Anthony Mendez; <br> **Lisa Mendez,** an individual; and <br> **Anthony Mendez**, an individual, <br><br>         Plaintiffs, <br>     v. <br><br> **San Bernardino County Superintendent of Schools,** a government entity, <br><br>         Defendant. | Case No. 5:19-cv-01944-SPG-KKx <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

-2-

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties filed herewith under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: February 16, 2023



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE